74 F.3d 1226
 Peter J. Di Lauro, Janet F. Di Lauro
v.
Helen B. Ver Strate, Esq., t/a Deakin, Ver Strate, Thomas A.
Deakin, Esq., t/a Deakin, Ver Strate, Bruce H. Hellies,
Esq., Sheldon N. Spizz, Esq., Wolff, Hellies & Duggan,
Esqs., Judge Patricia Clearly, Monmouth County, Superior
Court Judge, Crossland Mortgage Company, Sheriff Frank
Lanzaro, Monmouth County, Jane Doe, John Doe
 NO. 95-5083
 United States Court of Appeals,
Third Circuit.
 Dec 07, 1995
 
 Appeal From: D.N.J., No. 93-cv-04327,
 Parell, J.
 
 
 1
 AFFIRMED.